```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

TYRON LAMAR DANIELS,             }
                                 }
     Petitioner,                 }
                                 }           CIVIL ACTION NO.
v.                               }           11-AR-3729-S
                                 }
GARY HETZEL, et al.,             }
                                 }
     Respondents.                }

**MEMORANDUM OPINION**

The report and recommendation by Magistrate Judge John E. Ott entered on June 14, 2012, in the above-entitled case, required the reassignment of the above-entitled case to a district judge, randomly drawn, and required petitioner, Tyron Lamar Daniels, to file objections, if he had any, to the report and recommendation within fourteen (14) days. Fourteen (14) days having expired without any objections or other responses having been filed by petitioner, the matter is UNDER SUBMISSION.

Having read and considered both the report and recommendation and the respondents' answer to the magistrate judge's show cause order filed on December 16, 2011, the court finds the report and recommendation well taken. It is hereby CONFIRMED and ADOPTED as the opinion of this court.

A separate order of DENIAL will be entered.

DONE this 29th day of June, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE